38477.   KENNESAW LIFE & ACCIDENT INSURANCE
COMPANY v. TEMPLETON.

PER CURIAM.   The judgment of this court in *Kennesaw Life &c. Ins. Co. v. Templeton*, 102 Ga. App. 867 (118 S. E. 2d 247), having been reversed by the Supreme Court of Georgia in *Templeton v. Kennesaw Life &c. Ins. Co.*, 216 Ga. 770 (119 S. E. 2d 549), the judgment of this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*The judgment of the trial court is affirmed. All the Judges concur, except Hall and Eberhardt, JJ., who did not participate in the original decision.*

DECIDED MAY 11, 1961.

*Smith, Field, Ringel, Martin & Carr, Sam F. Lowe, Jr.,* for plaintiff in error.

*Buchanan, Edenfield & Sizemore, Newell Edenfield, Wyatt & Morgan, Lewis R. Morgan,* contra.